FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
\* JANUARY 17, 2024 \*
BROOKLYN OFFICE

KTF:KPO
F. #2023R00881

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JONATHAN DUARTE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 24-CR-21

(T. 18, U.S.C., §§ 981(a)(1)(C), 2114(a) and 3551 et seq.; T. 21, U.S.C., § 853(p))

Judge Dora Lizette Irizarry
Magistrate Judge James R. Cho

THE GRAND JURY CHARGES:

ROBBERY OF A PERSON HAVING CUSTODY
OF PROPERTY OF THE UNITED STATES

1. On or about October 26, 2023, within the Eastern District of New York and elsewhere, the defendant JONATHAN DUARTE did knowingly and intentionally rob a person having lawful charge, control and custody of property of the United States, to wit: a United States Postal Service ("Postal Service") mail carrier, with intent to rob such property, and did rob and attempt to rob such person of such property.

(Title 18, United States Code, Sections 2114(a) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or

personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

*By M. Kristin Mace, Assistant U.S. Attorney*
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00881
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

JONATHAN DUARTE,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 981(a)(1)(C), 2114(a) and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Katherine P. Onyshko, Assistant United States Attorney (718) 254-6177*